# In the United States Court of Federal Claims

| | | |
|---|---|---|
| DIANE M. GIBSON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | No. 07-284C |
| UNITED STATES OF AMERICA, | * | (Filed: September 20, 2007) |
| Defendant. | * | |

## ORDER

A status conference in the above case shall be held by telephone on Tuesday, October 16, 2007, at 3:00 p.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims