# In the United States Court of Federal Claims

| | |
|---|---|
| DIANE M. GIBSON, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 07-284C (Filed: October 18, 2007) |

## ORDER

A status conference by telephone was held in the above-captioned case on October 16, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, January 16, 2008, at 2:30 p.m. The Court will initiate the conference call

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims