# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
DIANE M. GIBSON, et al., *
Plaintiffs, *
v. * No. 07-284C
UNITED STATES OF AMERICA, * (Filed: February 6, 2008)
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The status conference set for January 16, 2008 is rescheduled to Tuesday, March 25, 2008, at 3:00 p.m. in the above-entitled case. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims