# In the United States Court of Federal Claims

| | |
|---|---|
| DIANE M. GIBSON, et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | No. 07-284C (Filed: March 27, 2008) |

## O R D E R

A status conference by telephone was held in the above matter on March 26, 2008.

**It is hereby ORDERED:**

1. The next status conference shall be held by telephone on Wednesday, July 16, 2008, at 2:30 p.m. The Court will initiate the conference call.

2. All proceedings in this case shall be stayed until July 16, 2008.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims