# In the United States Court of Federal Claims

| | | |
|---|---|---|
| DIANE M. GIBSON, et al., | * | |
| Plaintiffs, | * | |
| v. | * | No. 07-284C |
| UNITED STATES OF AMERICA, | * | (Filed: July 17, 2008) |
| Defendant. | * | |

## O R D E R

A status conference by telephone was held in the above matter on July 16, 2008.

**It is hereby ORDERED:**

1. The stay in the above-captioned case remains in effect.
2. The parties shall provide a joint status report on January 16, 2009.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims